FILED

05/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0708

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0708

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JUAN DE DIOS PORRAS,

      Defendant and Appellant.

# GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until June 12, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 6 2020